IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KENNETH R. MAHONEY**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:09-CV-810-L** |
| **MICHAEL J. ASTRUE**, | § § § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files and record in this case, the court determines that the findings and conclusions of the United States Magistrate Judge are correct, and they are accepted as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Summary Judgment, filed July 8, 2009, and **denies** the Commissioner's Motion for Summary Judgment, filed August 6, 2009. The decision of the Commissioner is **reversed**, and this case is **remanded** to the Administrative Law Judge for reconsideration consistent with this order.

**It is so ordered** this 25th day of September, 2009.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order - Solo Page**